IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 APR 11 A 9:18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THOMAS OTTER ADAMS - 100612
Full name and prison number
of plaintiff(s)

v.

MS. LATTRICE GREEN - CLASSIFICATION
TYRONE BARROW - SPECIALIST
GWENDOLYN MOSLEY - WARDEN III
CARTER DAVENPORT - WARDEN II
ANTHONY ASKEW - CHAPLAIN, E.C.F.
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)
ET. AL.

CIVIL ACTION NO. 2:07CV309 - WHA
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES (✓)  NO ( )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES (✓)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) ~~~~~~~, ~~~~~~~, ~~~~~~~,
         SAME, THOMAS OTTER ADAMS - 100612
         Defendant(s) G. MOSLEY, C. DAVENPORT, A. ASKEW,
         D. FAISON, A. BROWN, K. SCONYERS, S. TEW

      2. Court (if federal court, name the district; if
         state court, name the county) U.S. DIST. COURT,
         MIDDLE DIST. ALA. - NORTHERN DIVISION -

                                                      2:05-CV-0352-CSC, MHT
                                                      2:06-CV-0873- I.D., CSC

3. Docket number 2:06-CV-0959- WKM, CSC

4. Name of judge to whom case was assigned Honorable CHARLES S. Coody

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ALL CASES ARE pending,

6. Approximate date of filing lawsuit 2-2005, 8,2006, 10, 2006

7. Approximate date of disposition pending,

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility, Clio, Ala. - SEG. UNIT.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility, Clio, Ala.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                 ADDRESS

1. LATRICE GREEN - CLASSIFICATION SPECIALIST- SUPERVISOR
2. TYRONE BARROW - SPECIALIST
3. GWENDOLYN MOSLEY - WARDEN III
4. CARTER DAVENPORT - WARDEN II
5. ANTHONY ASKEW - CHAPLAIN., E.C.F.
6. DIRECTOR, CENTRAL REVIEW BOARD, AL. D.O.C.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-2005, 10-2006,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 14th Amendment Violations, Procedural Due Process, Disciplinary, Re-Classification Hearing(s). Classification Hearing(s), Annual-Semi-Annual Reviews

2

PAGE 2, CONTINUED

III. NAME AND ADDRESSES OF INDIVIDUALS YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

1ST DEFENDANT, RESPONDENT

MS. LATTICE GREEN - 200 WALLACE DR. CLIO, ALA. 36017

MR. TYRONE BARROW - 200 WALLACE DR. CLIO, ALA. 36017

MR. CARTER DAVENPORT - 200 WALLACE DR. CLIO, ALA. 36017

MR. ANTHONY ASKEW - 200 WALLACE DR. CLIO, ALA. 36017

MS. BETTY HOLT - A.D.O.C., P.O. BOX 301501 MONTGOMERY, ALA. 36130-1501

MR. PAUL WHALEY - A.D.O.C., P.O. BOX 301501 MONTGOMERY, ALA. 36130-1501

DEPUTY COMMISSIONER OF OPERATIONS, A.D.O.C. P.O. BOX 301501 MONTGOMERY, ALA. 36130-1501

MS. EWOLOLYN MOSLEY, A.D.O.C. P.O. BOX 301501 MONTGOMERY, ALA. 36130-1501

MR. RICHARD ALLEN, A.D.O.C. P.O. BOX 301501 MONTGOMERY, ALA. 36130, 1501

RESPECTFULLY,

Thomas Adams-

THOMAS ADAMS - 100612
B-2, SEG. UNIT
200 WALLACE DR.
CLIO, ALA. 36017-2615

(2)

LEGAL USE ONLY

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

ALSO. ADMIN. REG. #433 →

Failure to notify Central Review Board of actions, punishments which were taken on 9-21-2005, 10-3-2006, in violations of A.R. #400, Classification Manual, Code of Ala.-14-1-1.1, 14-3-9, 14-3-12, 14-11-4, 14-3-52

**GROUND TWO:** 8TH AMENDMENT VIOLATIONS,

**SUPPORTING FACTS:** THE SEG. Board as it exists, punishes inmates in a cruel and unusual manner, in which personal opinions, racism, retaliations, are met and carried out. I.E. Holding Plaintiff in the Administrative Segregation class, actually then kidnapping, restraining a prisoner illegal, conditions of confinement, disciplinary segregation, punitive segregation units,

**SUPPORTING FACTS:**

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Declatory Judgement, Injunction, Jury Trial, Punitive Damages, Evidentiary Hearing, Order Defendant(s) to supply Plaintiff with Admin. Reg. #400, #433, #436. Complete Classification Manual Plaintiff's institutional file_ — Thomas Adams —

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _April 8, 2007_.
(Date)

Thomas Adams
Signature of plaintiff(s)

Thomas Otten Adams — 100612
B-2, Segregation Unit.
200 Wallace Dr.
Clio, Alabama 36017



4

THOMAS OTIS ADAMS - 180612
B-2, SEE. UNIT.
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Legal Mail Privileged

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
10 APR 2007 PM 3 T

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA.    36101-0711