(INCOMING
4- U.S DIST CT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT / ALABAMA
NORTHERN DIVISION

| THOMAS OTTER ADAMS. | |
| #100612. PRO SE. | CIVIL ACTION NO. |
| PLAINTIFF. | 2:07-CV-0309-WHA.CSC |
| VS. | |
| MS. LATTRICE GREEN. | |
| ET. AL., A.D.O.C. | |
| DEFENDANT(S) | |

## DECLARATION

COMES NOW THE PLAINTIFF, THOMAS OTTER ADAMS. A STATE PRISONER. WHO IS BEFORE THIS HONORABLE COURT. CHIEF MAGISTRATE CHARLES S. COODY.

PLAINTIFF HEREBY DECLARES, PURSUANT TO THE PENALTIES OF PERJURY. 28 USC., 1746 (2) THAT;

SCANNED
LEGAL USE ONLY

On 4-16-2007, I recieved at Cell B-49, Segregation Unit, E.C.F., Document # 2-1, of the United States District Court, Middle District.

I physically signed the prison's log book for that document issued by Honorable Charles S. Coody.

That document (#: 2-1) required that on or before 4-26-2007, Plaintiff submit either $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed 'in Forma Pauperis'. ①

It is the sworn testimony of this Plaintiff that I placed, in the cell door of B-49, these requests and documents, to be "Hand-Delivered" to the P.M.O.D. office. During the 1st shift, on the days of 4-17 and 4-18, these documents were picked-up, clearly marked <u>Hand-Mail</u>, <u>sealed</u>, and <u>properly addressed</u>.

As of the filing of this <u>Declaration</u> on 4-27-2007 from the door of Cell B-49, Segregation Unit, E.C.F., I <u>have not recieved any documents of any type</u> from the Business Office of Easterling Correctional Facility!

Please note the "Notice and Complaint to Carter F. Davenport, Warden II, of 4-26-2007, which is Exhibit "A".

①

(1) PLAINTIFF ALLEGES THAT THE BUSINESS OFFICE, AND THE ADMINISTRATION OFFICES OF EASTERLING CORRECTIONAL FACILITY, CLIO ALABAMA HAVE CONSPIRED, BY THIS OBVIOUS DELAY AND THE REFUSAL TO COMPLY WITH THE ORDERS OF THE UNITED STATES DISTRICT COURT, TO ATTEMPT A DISMISSAL OF THIS VERY IMPORTANT CIVIL ACTION.

(2) PLAINTIFF RESPECTFULLY REQUESTS THAT THE HONORABLE CHARLES S. COODY, CHIEF UNITED STATES MAGISTRATE JUDGE, TO EXERCISE THE COURT'S OWN AUTHORITY AND ORDER THE ALABAMA DEPARTMENT OF CORRECTIONS, EASTERLING CORRECTIONAL FACILITY'S BUSINESS OFFICE TO COMPLY AND FULLY ASSIST TO ACCOMPLISH THE REQUIREMENTS OF Document #2-1

(3) PLAINTIFF RESPECTFULLY REQUESTS OF THIS HONORABLE COURT TO BE ALLOWED TO ADD A DEFENDANT(S), TO THE LIST OF DEFENDANT(S) IN THE ABOVE CIVIL ACTION - 2:07-CV-309, WHA. ( EMPLOYEE(S) - X.X.X. - BUSINESS OFFICE, E.C.F. )

THE ABOVE DECLARATION IS TRUE & CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE. I AM OVER 21 YEARS OLD.
RESPECTFULLY SUBMITTED,
Thomas Adams - 100612

DONE THIS 27 DAY OF APRIL, 2007

(2)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY AFFIRM, BY MY SIGNATURE, THAT I HAVE MAILED A COPY OF THE FOREGOING - "PLAINTIFF'S DECLARATION", PROPERLY ADDRESSED AND FIRST-CLASS POSTAGE PRE-PAID TO:

MS. KIM THOMAS, ATTORNEY
LEGAL DIVISION, A.D.O.C.
P.O. BOX 301501
MONTGOMERY, ALA. <u>36130-1501</u>

PLACED IN THE INSTITUTIONAL MAIL-SYSTEM, SEG. UNIT. E.C.F. on THE 27 DAY OF APRIL, 2007.

RESPECTFULLY SUBMITTED,

<u>Thomas Adams</u>
THOMAS ADAMS - 180612
B-49, SEG. UNIT. E.C.F.
200 WALLACE DRIVE
CLIO., ALA. 36017

LEGAL USE ONLY

Case 2:07-cv-00309-WHA-CSC    Document 3    Filed 05/01/2007    Page 5 of 5

I. Thomas ADMIS-180612
B-49 Seg. Unit
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL
PRIVILEGED

Ms. Debra Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

EXHIBIT "A"

April 26, 2007

IN RE: NOTICE AND COMPLAINT TO
CARTER F. DAVENPORT, WARDEN II

WARDEN DAVENPORT,

I am filing this complaint with you in the same manner that I have filed in the past few months. It is my hope and expectation that now you will take necessary action and intervene, as is your duty and authority pursuant to the Code of Ala. - Title 14-1-1.1, 14-3-9, 14-3-1, 14-11-4, which now invokes the authority of § 14-1-8, (1),(5),(6).

Sir, in the past few months, I have attended the Seg. Board meetings on every Wednesday as is my own choice pursuant to the Admin. Reg.-# 433-436. Actually the dates are- 4-18, 4-11, 4-4, 3-28, 3-21, 3-14, 3-7. On 4-18 you dismissed me from the Seg. Board meeting without even addressing the single question I was allowed to ask! Cap. K. Scouyers escorted me out of the hearing room. The event provided a good laugh for everyone there. This was all at the expense of my rights as a prisoner/American citizen pursuant to the above referenced authorities

①

LEGAL USE ONLY

THE CONSTITUTION OF THE UNITED STATES AND ALABAMA.

I AM NOW BEING REFUSED AND DENIED THAT OPPORTUNITY, BY YOUR OFFICER D. PAYSON, WHICH IS ANOTHER EXAMPLE OF RETALIATION AND RACISM, DISCRIMINATION, RELIGIOUS PERSECUTION.

YOU AS THE ADMINISTRATIVE AUTHORITY HERE AT EASTERLING CONTINUE TO ALLOW AND THEN CONDONE THIS ILLEGAL ACTION(S) OF CO / PAYSON.

I HAVE MADE A VERBAL COMPLAINT TO THE SEG. COMMANDER. SGT. SHAWN LOGAN. AS OF NOON APRIL 25, 2007.

FURTHER MORE —

ON APRIL 16, 2007 I RECIEVED AN ORDER FROM THE U.S. DISTRICT COURT IN MONTGOMERY, ALA AS CONCERNS THE CLASSIFICATION SPECIALIST, LATTRICE GREEN AS DEFENDANT IN CIVIL ACTION —

THOMAS OTTER ADAMS — 180612
VS.
MS. LATTRICE GREEN — ET. AL.
(2:07-CV-309-WHA, CSC)

SIR, I SENT THE APPLICATION FOR FORMA PAUPERIS TO THE BUSINESS OFFICE. P.M.O.D. ACCOUNTS, BY HAND-MAIL DELIVERY ON 4-17, 4-18 OF 2007. THAT DOCUMENT <u>HAS NOT</u> BEEN RETURNED AS OF THIS FILING (4-26-2007)

WHICH ACTUALLY ALLOWS THE FEDERAL COURT AND THE HONORABLE CHARLES S. COODY TO THEN DISMISS MY LAWSUIT WITHOUT FURTHER

(2)

LEGAL USE ONLY

NOTICE TO ME! (HOW CONVENIENT THAT WOULD BE FOR THIS CONSPIRACY AT EASTERLING!)

Sir, I am sending a copy of this Notice/Complaint to your supervisor, Mr. Allen, Comm. of AL. D.O.C., and the original to the Federal Courts as testimony/evidence in the above referenced civil action.

Sir, you may not be aware of this type of retaliation against me in the past, but Honorable Charles S. Coody, the <u>Chief United States Magistrate Judge</u> is!

It is my prayer from this segregation cell that Mr. Coody will allow me an opportunity to proceed with 2:07-CV-309.

It is even possible that he will order an investigation/inquiry into matters here at this prison. I'm not the only prisoner who is/has been treated in this manner!

To my knowledge, you've never taken <u>any action</u> on complaints against your officers or administrative staff, which allows carte-blanche protection for corruption, and illegitimate, dishonest actions of your staff!

Respectfully submitted —
Thomas Adams — 188612
B-49, Seg. Unit, E.C.F.
200 Wallace Dr.
Clio, ALA. 36017

Done this 26 day of April, 2007.

(3)

LEGAL USE ONLY