IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS OTTER ADAMS, #100 612 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-309-WHA |
| MS. LATTRICE GREEN - CLASSIFICATION, *et al.*, | * | |
| | * | |
| Defendants. | | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's response filed May 1, 2007, construed as a request for additional time to comply with the court's April 12, 2007 order, it is ORDERED that

1. Plaintiff's motion for extension of time (Doc. No. 3) is GRANTED; and

2. Plaintiff is GRANTED an extension from April 26, 2007 to May 14, 2007 to comply with the court's order that he either submit the $350.00 filing fee or a request to proceed *in forma pauperis* as further set out in the court's April 12, 2007 order. (S*ee* Doc. No. 2.)

The Clerk is DIRECTED to send a copy of this order to the account clerk at the Easterling Correctional Facility.

Done, this 3rd day of May 2007.

                                              /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE