AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Thomas Otis Adams,
    Plaintiff       # 100612

v.

Ms. LaTrice Green -
    et al.
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07cv 309-WHA

I, _Thomas Adams - 100612_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☒ Yes       ☐ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?       ☐ Yes       ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   _2003 -_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments       ☐ Yes    ☒ No
   d. Disability or workers compensation payments          ☐ Yes    ☒ No
   e. Gifts or inheritances                                ☒ Yes    ☐ No
   f. Any other sources                                    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*PLEASE SEE P.M.O.D. ACCOUNT - PRINT-OUT FROM E.C.F. - BUSINESS OFFICE*

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. 

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4-16-2007
Date

Thomas R. Udoms — 180612
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


  AIS #: 100612     NAME: ADAMS, THOMAS ROUSEWALL       AS OF: 05/08/2007

                   # OF        AVG DAILY          MONTHLY
         MONTH     DAYS         BALANCE          DEPOSITS
  ----------------------------------------------------------------------

         MAY        23          $0.08             $0.00
         JUN        30          $0.08             $0.00
         JUL        31          $3.42            $18.08
         AUG        31          $7.68            $18.00
         SEP        30          $4.02             $0.00
         OCT        31          $0.83             $0.00
         NOV        30          $0.83             $0.00
         DEC        31          $0.83             $0.00
         JAN        31          $0.83             $0.00
         FEB        28          $0.83             $0.00
         MAR        31          $0.83             $0.00
         APR        30          $0.83             $0.00
         MAY         8          $0.83             $0.00
```

*Pnod Bal .83*

*Ms Faulk, Acct Clerk*

THOMAS OTTEN ADAMS - 100617
B-40, SEG. UNIT.
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE

MONTGOMERY AL 361
11 MAY 2007 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA   36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."