AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_MIDDLE_ _____    District of    _ALABAMA_ _____

THOMAS OTTER ADAMS -

**Plaintiff**

V.

MS. LATTRICE GREEN, ET. AL.

**Defendant**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _2:07-CU- 309 . WHA . CSC_

I, _Thomas Adams_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant                ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

If "Yes," state the place of your incarceration _EASTERLING CORR. FACILITY_

Are you employed at the institution? _NO_    Do you receive any payment from the institution? _NO_

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.   Are you currently employed?          ☐ Yes          ☑ No

   a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

   a.   Business, profession or other self-employment          ☐ Yes          ☑ No
   b.   Rent payments, interest or dividends          ☐ Yes          ☑ No
   c.   Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d.   Disability or workers compensation payments          ☐ Yes          ☑ No
   e.   Gifts or inheritances          ☑ Yes          ☐ No
   f.   Any other sources          ☑ Yes          ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*PLEASE REFER TO YHE BUSINESS OFFICE'S own COMPUTER PRINT-OUT of YHE P.M.O.D. (PRISONER'S MONEY ON deposit).*

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.



6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.



I declare under penalty of perjury that the above information is true and correct.

MAY 7, 2007
_____
Date

Thomas Adams - # 100612
_____
Signature of Applicant

SEE. UNIT. B-49

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                      STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY


AIS #: 100612      NAME: ADAMS, THOMAS ROUSEWALL        AS OF: 05/10/2007

                      # OF        AVG DAILY        MONTHLY
          MONTH       DAYS        BALANCE          DEPOSITS
----------------------------------------------------------------------------

          MAY          21         $0.08            $0.00
          JUN          30         $0.08            $0.00
          JUL          31         $3.42            $18.08
          AUG          31         $7.68            $18.00
          SEP          30         $4.02            $0.00
          OCT          31         $0.83            $0.00
          NOV          30         $0.83            $0.00
          DEC          31         $0.83            $0.00
          JAN          31         $0.83            $0.00
          FEB          28         $0.83            $0.00
          MAR          31         $0.83            $0.00
          APR          30         $0.83            $0.00
          MAY          10         $0.83            $0.00
```

PMOD BAL .83

Ms Faulk, ACCT Clerk

PURSUANT TO: THE ORDERS OF CHIEF U.S. MAGISTRATE
HONORABLE CHARLES S. COODY.   4-12-2007 and 5-3-2007
DOC. # 2 And # 4

MAY 7, 2007


IN RE: P.M.E.D. STATEMENT.
       BUSINESS OFFICE


MS. BLAKELY,
        PLEASE ATTACH A P.M.E.D. PRINT-OUT
TO THIS " APPLICATION TO PROCEED W/O PRE-PAYMENT
OF FEES And AFFIDAVIT". in ORDER THAT I
MAY PROCEED WITH THIS LITIGATION -
            THOMAS OTTIS ADAMS |
                 VS.            |  2:07-CV-0309, WHA
            MS. CATTRICE EMEL.  |


        I THANK-YOU in ADVANCE FOR THE
TIME AND CONSIDERATION of YOUR OFFICE.


                RESPECTFULLY SUBMITTED,

                Thomas Adams - 100612
                3-49, SEE. UNIT.


                        C

THOMAS OTTEN ADAMS - 188617
B-49 - Ste. Unit
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE.

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA.    36101 - 0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."