IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612    *

    Plaintiff,    *

    v.    *    2:07-CV-309-WHA

MS. LATTRICE GREEN -    *
CLASSIFICATION, *et al.*,
      *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* filed May 17, 2007 and in light of the court's May 16, 2007 order granting Plaintiff's May 14, 2007 *in forma pauperis* request, it is

ORDERED that the motion (Doc. No. 7) be and is hereby DENIED as moot.

Done, this 18th day of May 2007.

                      /s/ Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE