IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, NORTHERN DIVISION - ALABAMA

THOMAS OTTEN ADAMS,
PRO SE, Plaintiff

VS.

MS. CATTRICE GREEN -
CLASSIFICATION, ET. AL.
DEFENDANT(S)

Civil Action
2:07-CV-0309-WHA

PLAINTIFF'S MOTION FOR THE ENLARGEMENT OF TIME
FEDERAL RULES OF CIVIL PROCEDURE - RULE 6(b)

Comes now the Plaintiff, Thomas Otten Adams, a state prisoner, who is before this Honorable Court, Chief United States Magistrate Judge, Honorable Charles S. Coody.

Plaintiff submits the following in support of a motion for enlargement of time:

(Original to U.S. Dist. Ct.)

(1) I am Thomas Adams - 100612, a state prisoner, and currently being held in the segregation unit of Easterling Correctional Facility in Clio, Alabama.

(2) I have been held in a cell in the segregation unit since June 21, 2005.

(3) The law library visits the segregation unit, (if security permits) no more than twice a week.

(4) The request form allows you to then recieve only two (2) law books per visit. (if no one else has requested the books first).

(5) I am unlearned in law, and these above mentioned constraints will not allow me to file an effective objection to the orders of Document # 8-1 of this civil action, which requires an objection/answer on or before May 31, 2007.

(6) It is the respectfull request to be allowed an additional 30-45 days within which to file objection(s).

(7) It is the respectfull request to be then appointed counsel, to be represented. These matters/claims are complex and will require sworn depositions and investigations.

Respectfully submitted,
Thomas Adams - 100612
B-34 Seg. Unit, E.C.F.

LEGAL USE ONLY

(1)

CERTIFICATE OF SERVICE

I hereby certify by my signature, that I have mailed a true-copy of the foregoing Plaintiff's _Motion for the Enlargement of Time._
TO:  Kim Thomas, Attorney
     Legal Division, AL. D.O.C.
     P.O. Box 301501
     Montgomery, Ala. 36130-1501

Postage paid by the AL. D.O.C., Easterling, properly addressed on this 28 day of May, 2007.

Respectfully submitted,

_Thomas Adams - 100612_

Thomas Adams - 100612
B-34, Seg. Unit. E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Placed in the institutional mail system on Sunday night, 5-27-2007, Seg. Unit.
Filed pursuant to Penalty of Perjury. 28.U.S.C. 1746(2). _Thomas Adams_


INMATE USE ONLY

(3)

THOMAS ADAMS-100612
B-49, SEG. UNIT.
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE!

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA. 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."