*(Original to U.S. Dist. Ct.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 JUN -7 A 9:27
 U.S. HACKETT
 DISTRICT COURT
 MIDDLE DISTRICT ALA

THOMAS OTTEN ADAMS, PRO SE
PLAINTIFF / PETITIONER

VS.

MS. LATTRICE GREEN,
CLASSIFICATION, ET. AL.

CIVIL ACTION:
2:07-CV-0309-WHA-CSC

**PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS - RULE 34**

COMES NOW THE PLAINTIFF, THOMAS OTTEN ADAMS, A STATE PRISONER, WHO IS BEFORE THIS HONORABLE COURT, THE CHIEF UNITED STATES MAGISTRATE JUDGE, HON. CHARLES S. COODY.

PURSUANT TO RULE-34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT THE DEFENDANT(S), MS. LATTRICE GREEN, MR. TYRONE BARROW, MS. GWENDOLYN MOSLEY, MR. CARTER DAVENPORT, MR. ANTHONY ASKEW, THE DIRECTOR-CENTRAL REVIEW BOARD, MS. BETTY NOLT-MR. PAUL WHALEY, CLASSIFICATION, THE DEPUTY COMMISSIONER OF OPERATIONS, MR. RICHARD ALLEN-THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS - (PAGE #2 - ORIGINAL COMPLAINT)

IN THE SUPPORT THERE OF:

LEGAL USE ONLY

that the Defendant's produce for inspection and copying the following documents:-

(1) The complete prison record of Thomas Roosevelt Adams - # 100612.

(2) All written and/or transcribed statements, original or copies, identifiable as reports about the incident of June 21, 2005, made by any prison and/or civilian employees, of the Dept. of Corrections and any/all prisoner witnesses.

(3) Any and all mental health records of the plaintiff from the time of his initial incarceration in Easterling Correctional Facility, through and including the date of this Honorable Courts response to this Request/Motion.

(4) Any and all rules, administrative regulations - (A.R. # 400, A.R. # 208, A.R. # 433, A.R. # 436, A.R. # 333.) which is reasonably calculated to lead to the further discovery of admissable evidence, specifically relevant to the subject matter of the original complaint, and would not present any undue burden or expense.

(5) Any and all pages 1-? of the A.D.O.C. classification manual, which was in effect on 6-21-2005 and any and all subsequent revisions, additions and/or amendments to the same, since 6-21-2005.

(1)

(6) From Document #34 - 2:05-CV-00352-MHT-CSC- Page 12 of 12 - "Boards findings and reasons" which says, <u>based on the information obtained in the incident report</u> (302). Plaintiff requests and requires a copy of the incident report (302), as is made by the A.D.O.C., at Easterling.

Plaintiff respectfully requests that this Honorable Court, to issue an order that the above named defendant(s) to produce pursuant to F.R.Civ.P. Rule #34, the listed documents.

Plaintiff respectfully requests further that this Honorable Court to issue also a time limit within which the defendant(s) must comply.

Done this 13 day of May, 2007

Respectfully submitted

Thomas Adams

THOMAS ADAMS - 100612
B-49, Seg. Unit, E.C.F.
200 Wallace Dr.
Clio, Ala. 36017



(2)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE ABOVE REFERENCED AND FORE GOING - RULE # 34 - PROPERLY ADDRESSED AND FIRST-CLASS POSTAGE DUE PRE-PAID, TO:-

A.D.O.C., LEGAL DIVISION
P.O. BOX 301501
MONTGOMERY, ALA. 36101-0711

DONE THIS 14 day of MAY, 2007

RESPECTFULLY,

Thomas Adams

THOMAS ADAMS - 100612
B-49, SEG. UNIT, E.C.F.
200 WALLACE DR.
CLIO, ALA. 36017

