RECEIVED
2007 JUN 12 A[...]

June 8, 2007

RE: REQUEST FOR RECONSIDERATION
Civil Action No: 2:07-CV-309-WHA
Adams vs. Green

TO: Honorable W. Harold Albritton
Senior United States District Judge

Mr. Albritton, Sir —

I consider it a privilege and certainly a distinction to be writing to you sir, regardless of the outcome and your decision.

I'm certain that upon your recent independent evaluation, you've noticed that I am in the segregation unit at Easterling Correctional Facility and <u>I have been for (2) two years!</u> 6-21-05

Sir, on 5-03-2007, Honorable Charles S. Coody granted me an extension of time (Document #4-1) to comply with the Court's orders, simply because it is procedure here (or seems to be) to delay and hinder any and all litigation that I file.

Actually sir, I don't believe that's legal! And I prove it — maybe.

Sir, I also filed another request/motion for the enlargement of time to Judge Coody on the 28th day of May, 2007, and placed those two envelopes in the cell door — "MAILBOX-RULE"

①

At this time I did not have even one stamp, and could't borrow any. My only other option was to entrust both letters (U.S. Dist. Ct - A.D.O.C.) to a legal mail stamp of what <u>should</u> have been done by the D.O.C. "Free-mail" so to speak!

Sir, I have no idea what happened to those envelopes which were properly addressed and <u>clearly</u> marked "Legal Mail".

This is not the first time this has happened to me (and others) and it may not be the last! Another tactic of the A.D.O.C. against Jail-House Lawyers.

I've never recieved an answer from Mr. Coody, and he's always very prompt in answering anything I've ever sent him! I'm almost certain he would have granted me an extension of time, had he even got the documents.

I am enclosing the only other carbon copy of the motion I sent him_ I have no way to have other copies made, and I am indigent.

Sir, under the events and circumstances that you <u>knew at the time</u>, final judgement was proper, but, in light of the additional facts, will you please re-consider your decision, allow me time to file a supplemental pleading and then proceed with my civil action?

Sir, I hereby affirm, by my signature, that pursuant to 28 U.S.C. §1746(2) and the penalties of perjury, that the above and foregoing, "Request for Re-Consideration" is true and correct to the best of my knowledge and belief.

Done on this 8 day of June, 2007. At the Segregation Unit, B-34, Easterling Corr. Facility.

Respectfully submitted,

_Thomas Adams-_

THOMAS ADAMS - 100612
B-34, SEG. UNIT. E.C.F.
200 WALLACE DRIVE
CLIO, ALA.   36017

(3)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE PLAINTIFF'S "RE: REQUEST FOR RE-CONSIDERATION," PROPERLY ADDRESSED AND FIRST-CLASS POSTAGE <u>IS PRE-PAID</u>, TO:

    LEGAL DIVISION, A.D.O.C.
    P.O. BOX 301501
    MONTGOMERY, ALA.    36130-1501

DONE THIS 8th DAY OF JUNE, 2007.

    RESPECTFULLY SUBMITTED,
    Thomas Adams
    THOMAS ADAMS - 100612
    B-34, SEG. UNIT, E.C.F.
    200 WALLACE DR.
    CLIO, ALA. 36017

CC: U.S. DIST. CT.
    AL. D.O.C.
    FILE

LEGAL USE ONLY

(4)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT - NORTHERN DIVISION - ALABAMA

| | |
|---|---|
| THOMAS OTTEN ADAMS, PRO SE, PLAINTIFF<br><br>VS.<br><br>MS. LATTRICE A MEEN - CLASSIFICATION, ET. AL. DEFENDANT(S) | CIVIL ACTION -<br>2:07-CV-0309-WHA |

PLAINTIFF'S MOTION FOR THE ENLARGEMENT OF TIME
FEDERAL RULES OF CIVIL PROCEDURE - RULE 6(b)

Comes now the Plaintiff, Thomas Otten Adams, a state prisoner, who is before this Honorable Court, Chief United States Magistrate Judge, Honorable Charles S. Coody.

Plaintiff submits the following in support of a motion for enlargement of time.

RECEIVED 2007 JUN 12 A 10:16 DISTRICT COURT DISTRICT ALA

LEGAL USE ONLY

(1) I am Thomas Adams - 100612, a state prisoner, and currently being held in the Segregation Unit of Easterling Correctional Facility in Clio, Alabama.

(2) I have been held in a cell in the Segregation Unit since June 21, 2005.

(3) The Law Library visits the Segregation Unit, (if security permits) no more than twice a week.

(4) The request form allows you to then receive only two (2) law books per visit. (if no one else has requested the books first).

(5) I am unlearned in law, and these above mentioned constraints will not allow me to file an effective objection to the orders of Document # 8-1 of this civil action, which requires an objection/answer on or before May 31, 2007.

(6) It is the respectfull request to be allowed an additional 30-45 days within which to file objection(s).

(7) It is the respectfull request to be then appointed counsel, to be represented. These matters/claims are complex and will require sworn depositions and investigations.

Respectfully submitted,
Thomas Adams - 100612
B-34 Seg. Unit, E.C.F.

(1)

LEGAL USE ONLY

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE-COPY OF THE FOREGOING PLAINTIFF'S <u>MOTION FOR THE ENLARGEMENT OF TIME</u> TO: Kim Thomas, ATTORNEY LEGAL DIVISION, AL. D.O.C. P.O. Box 301501 MONTGOMERY, ALA. 36130-1501

POSTAGE PAID BY THE AL. D.O.C., FASTENING, PROPERLY ADDRESSED ON <u>THIS 28 DAY OF MAY 2007.</u>

RESPECTFULLY SUBMITTED,

<u>Thomas Adams - 100612</u>

THOMAS ADAMS - 100612
B-34, SEG. UNIT. E.C.F.
200 WALLACE DR.
CLIO, ALA. 36017

PLACED IN THE INSTITUTIONAL MAIL SYSTEM ON SUNDAY NIGHT, 5-27-2007, SEG. UNIT.
FILED PURSUANT TO PENALTY OF PERJURY. 28. U.S.C. 1746 (2) — Thomas Adams

(3)

THOMAS HOMMS - 180612
B-34 SEG. UNIT
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGED!

MONTGOMERY AL 361
11 JUN 2007 PM

Honorable W. Harold McBritton
C/O Ms. Debra Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."