IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, #100612M ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv309-WHA |
| ) | |
| LATRICE GREEN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Plaintiff's Request for Reconsideration (Doc. #14).

On May 18, 2007, the Magistrate Judge entered a Recommendation that the Plaintiff's Complaint be dismissed with prejudice and prior to service of process pursuant to the provision of 28 U.S.C. § 1915(e)(2)(B)(i-ii), ordering that objections were due by May 31, 2007. On June 6, 2007, no objection having been filed by the Plaintiff, the court adopted the Recommendation of the Magistrate Judge and dismissed the case with prejudice.

The only basis set out for reconsideration in the Plaintiff's motion is that on the 28th of May, he wrote a request for enlargement of time, addressed it to the Magistrate Judge, and placed the envelope in his cell door. He did not place a stamp on the envelope. On that basis, he asks for additional time to object to the Recommendation. The effect of granting this motion would be to hold that it is not necessary for an inmate to pay the postage for filing legal documents. This is not the law. Therefore, it is hereby

ORDERED that the Motion for Reconsideration is DENIED.

DONE this 9th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE