IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612   *

    Plaintiff,   *

    v.   *   2:07-CV-309-WHA

MS. LATTRICE GREEN -   *
CLASSIFICATION, *et al.*,
       *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's June 7, 2007 motion for extension of time to file objections to the May 18, 2007 Recommendation of the Magistrate Judge, and in light of the final judgment entered in this matter on June 6, 2007, and the July 9, 2007 order denying Plaintiff's motion to reconsider the court's final judgment, it is

ORDERED that the motion for extension of time to file objections (Doc. No. 12) be and is hereby DENIED.

Done this 10th day of July, 2007.

                              /s/Charles S. Coody
                             CHARLES S. COODY
                             CHIEF UNITED STATES MAGISTRATE JUDGE